UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:17-cv-21849-RNS

JORGE PEREZ HERNANDEZ,
and other similarly-situated individuals

Plaintiff(s),
vs.

BARU MIDTOWN, LLC,
a Florida limited liability company and
HECTOR ANTUNEZ, individually,

     Defendants.
_____ _____/

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have agreed to settle this matter. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), claims for wages arising under the FLSA may be settled or compromised only with the approval of the Court or the Secretary of Labor. To this end, the parties are in the process of preparing all the necessary settlement documentation. The parties are working on finalizing the relevant settlement documents and will be filing with the Court a Joint Motion for Approval along with the fully executed settlement agreement, within a week.

Dated: September 25, 2017

Respectfully submitted,

BY: _s/Zandro E. Palma___
Zandro E. Palma Esq.
Florida Bar No.: 0024031
E-mail: zep@thepalmalawgroup.com

ZANDRO E. PALMA, P.A.
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156

Telephone:  (305) 446-1500
Facsimile:   (305) 446-1502

## CERTIFICATE OF SERVICE

      I hereby certify that on September 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated:  September 25, 2017.

                                                      Respectfully submitted,

                                                      **/s/ Zandro E. Palma**
                                                      ZANDRO E. PALMA, ESQ.

<u>SERVICE LIST</u>
<u>CASE NO.: 1:17-cv-20387-UU</u>


Jonathan S. Minick, Esq.
FBN:  88743
E-mail:  jminick@jsmlawpa.com
Jonathan S. Minick, P.A.
1850 SW 8th Street, Suite 307
Miami, Florida 33135
Phone: (786) 441-8909
Facsimile: (786) 523-0610
*Counsel for Defendants*

Zandro E. Palma Esq.
**THE LAW OFFICES OF**
**ZANDRO E. PALMA, P.A.**
9100 S. Dadeland Blvd, Suite 1500,
Miami, Florida, 33156
Phone:  (305) 446-1500
Fax:   (305) 446-1502
E-mail: zep@thepalmalawgroup.com
*Counsel for Plaintiff*